

# WILLIAM G. SCHWAB & ASSOCIATES
Attorneys at Law

811 Blakeslee Blvd Drive East
P.O. Box 56
Lehighton, PA 18235
(610) 377-5200
(570) 704-5330
Fax (610) 377-5209

William G. Schwab*

Laura A. Schelter
Adam R. Weaver
Scot M. Wisler

Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701

REPLY TO LEHIGHTON

Writer's Direct Email:
schwab@uslawcenter.com

*Board Certified-Business Bankruptcy
American Board of Certification
Named a Pennsylvania Super Lawyer
2007 2009

March 12, 2010

Clerk's Office
United States Bankruptcy Court
for the Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **Mount Laurel Cemetery Association**
**Chapter 7 Bankruptcy, Case No. 5-05-56082**
**Our File No. 8777-1**

Dear Sir/Madam:

Enclosed please find Check No. 117 in the amount of $8,158.78 representing the balance of the Perpetual Care Fund in the above-captioned matter. Pursuant to the Court Order dated March 11, 2010, I am turning said funds over to the Clerk's Office until a qualified licensee is named for the cemetery.

Thank you for your consideration of this matter.

WILLIAM G. SCHWAB & ASSOCIATES

William G. Schwab

WGS/era

Enclosures

3-12-10.era.Mount Laurel-8777-1.41

*Local Attorneys Who Know Carbon County*

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: MOUNT LAUREL                :      Chapter 7
       CEMETERY ASSOCIATION,    :      Case No. 5-05-bk-56082

## ORDER APPROVING NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

AND NOW, upon consideration of the Notice of Trustee's Intent to Abandon Property, it is hereby ORDERED and DECREED that the Trustee is granted leave to abandon the real estate located at 115 Bulls Head Drive, Pottsville, Schuylkill County, Pennsylvania. It is further ORDERED that the Trustee is also granted leave to turnover the license for the cemetery company back to the States and escheat any monies left in the Perpetual Care Fund to the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

*This document is electronically signed and filed on the same date.*

Dated: March 11, 2010